UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LARRY D. WEBER,                          )
                                         )
        Petitioner,                      )
                                         )
        vs.                              )  Case No. 4:06-CV-635 (CEJ)
                                         )
TROY STEELE,                             )
                                         )
        Respondent.                      )

## MEMORANDUM AND ORDER

This habeas corpus action is before the Court upon the Report and Recommendation of United States Magistrate Judge Terry I. Adelman, to whom the matter was referred pursuant to 28 U.S.C. § 636(b). On July 24, 2009, Judge Adelman recommended that the petition of Larry D. Weber for a writ of habeas corpus under 28 U.S.C. § 2254 be denied. Petitioner has not filed any objections to the Report and Recommendation, despite being given an extension of time in which to do so. The time to file objections has now elapsed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Terry I. Adelman [#14] is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the petition of Larry D. Weber for a writ of habeas corpus [#2] is **denied**.

**IT IS FURTHER ORDERED** that petitioner has failed to make a substantial showing of the denial of a constitutional right and the Court will not issue a certificate of appealability. See Cox v. Norris, 133 F.3d 565, 569 (8th Cir. 1997).

A separate judgment in accordance with this order will be entered this same date.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 10th day of September, 2009.